United States Court of Appeals
Fifth Circuit

**F I L E D**

February 12, 2007

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 06-30296

SIDNEY SMITH; HAUNTED HISTORY TOURS, INC.; MAUREEN KING; LAWRENCE
C. BARTHE; KATHRYN O'CONNOR; PAUL CHASSE; CARLA BOULLION; RICK
HICKS; RUDY ARCEO; NANCY CONNOLLY; KALILA SMITH; RENE LAIZER;
SAMANTHA FINSTAD; BRETT THOMAS; KEVIN LEPINE; MIDIAN VON THORNE;
CHARLES DUFFY; MIKE DARDANT; BERT ESTEVES

Plaintiffs - Appellants

VERSUS

CITY OF NEW ORLEANS

Defendant - Appellee

Appeal from the United States District Court
For the Eastern District of Louisiana, New Orleans
2:03-CV-2531

Before DAVIS and STEWART, Circuit Judges, and CRONE*, District Judge.

PER CURIAM:**

The appellant challenges the district court's order following

a bench trial denying plaintiff's application to enjoin the

enforcement of an ordinance establishing restrictions on walking

---

*District Judge of the Eastern District of Texas, sitting by
designation.

**Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

tour guides in the City of New Orleans.

Based on our review of the record along with the briefs of the parties and argument of counsel, we affirm the judgment of the district court essentially for the reasons stated in its February 2, 2006, Order and Reasons.

AFFIRMED.